UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR26-087 LK |
| Plaintiff | |
| v. | **INFORMATION** |
| | **(Felony)** |
| ANTWION BROWN, | |
| Defendant. | |

The United States charges that:

## COUNT 1

**(Unlawful Possession of a Firearm)**

On or about January 28, 2026, in King County, within the Western District of Washington, ANTWION BROWN, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i.   *Unlawful Possession of a Firearm*, in United States District Court for the Western District of Washington, under case number CR16-212 JCC, on or about April 25, 2017;

ii.  *Possession of a Firearm in Furtherance of a Drug Trafficking Crime*, in United States District Court for the Western District of Washington, under case number CR16-212 JCC, on or about April 25, 2017;

Information - 1
*United States v. Brown*
USAO No. 2026R00334

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

     *iii.*    *Possession of Heroin with Intent to Distribute*, in United States District Court for the Western District of Washington, under case number CR16-212 JCC, on or about April 25, 2017;

knowingly possessed, in and affecting interstate and foreign commerce, a firearm, that is: a Taurus .357 Magnum revolver, that had been shipped and transported in interstate and foreign commerce.

     All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

     The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, ANTWION BROWN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to, a Taurus .357 Magnum revolver and any associated ammunition seized on or about January 28, 2026, from the Defendant.

     **Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with a third party;
3. has been placed beyond the jurisdiction of the Court;
4. has been substantially diminished in value; or,
5. has been commingled with other property which cannot be divided without difficulty;

///

///

Information - 2
*United States v. Brown*
USAO No. 2026R00334

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

Dated this 14th day of May 2026.

For

_____
SARAH Y. VOGEL
Criminal Chief Assistant United States Attorney

_____
THOMAS M. WOODS
Assistant United States Attorney

Information - 3
*United States v. Brown*
USAO No. 2026R00334

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970